**Order entered February 6, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01504-CV

### KATRINA MCPHERSON, Appellant

### V.

### MELISSA LOPEZ, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05725-E**

## ORDER

Before the Court is appellant's February 4, 2020 motion for extension of time to file her amended brief on the merits. We **GRANT** appellant's motion. We **ORDER** the amended brief tendered to this Court by appellant on February 4, 2020 filed as of the date of this order.

/s/    ERIN A. NOWELL
            JUSTICE